**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ernest Edward JOHNSON, a/k/a**
**Ernest Edward Cromwell,**
**Defendant–Appellant.**

No. 08–8334.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 26, 2009.

Sherri Lee Keene, Office of the Federal Public Defender, Greenbelt, Maryland; Nicholas J. Vitek, Office of the Federal Public Defender, Baltimore, Maryland, for Appellant. Andrea L. Smith, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Edward Johnson appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 1:99–cr–00034–CCB–1 (D.Md. Oct. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*